1　MARK A. DELGADO, #215618
　　mdelgado@donahue.com
2　DONAHUE FITZGERALD LLP
　　Attorneys at Law
3　1999 Harrison Street, 25th Floor
　　Oakland, California 94612-3520
4　Telephone: (510) 451-3300
　　Facsimile: (510) 451-1527

Attorneys for Defendants
HI-SUK T. DONG and SANJU
DONG

ZACHARY M. BEST, #166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff
ALBERT DYTCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| ALBERT DYTCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HI-SUK T. DONG, individually and dba MUA OAKLAND BAR & RESTAURANT; SANJU DONG, an individual and dba MUA OAKLAND BAR & RESTAURANT;<br><br>　　　　Defendants. | Case No. 4:17-CV-00636 WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DEADLINE TO CONDUCT JOINT INSPECTION OF PREMISES** |

　　　　On February 10, 2017, the Court filed and entered its Scheduling Order for Cases Asserting Denial of Right of Access Under Americans with Disabilities Act Title II & III ("Order"). Pursuant to the Order, the parties' deadline to hold a joint inspection of premises in accordance with General Order No. 56 is currently May 24, 2017.

　　　　WHEREAS, the parties have been, and continue to be, engaged in discussions regarding availability for a joint site inspection; and

WHEREAS, both Defendants are unavailable to attend an inspection in the month of April due to international travel for a family engagement; and

WHEREAS, Counsel for Defendants is not available to attend an inspection from May 5th through May 20, 2017, due to preplanned international travel; and

WHEREAS, Defendants' certified access specialist is unavailable to attend an inspection from May 1st through May 28, 2017, due to preplanned travel; and

WHEREAS, the parties have agreed on a site inspection date of June 2, 2017, at 3:00 p.m.; and

WHEREAS, the parties and their counsel have agreed to extend the deadline to conduct the Joint Site Inspection to June 12, 2017.

THEREFORE, the parties hereby request that the Court continue the deadline to complete inspection of the premises in this matter to June 12, 2017.

IT IS SO STIPULATED.

Dated: April 17, 2017        DONAHUE FITZGERALD LLP

By: /s/ Mark A. Delgado
   Mark A. Delgado
   Attorneys for Defendants
   HI-SUK T. DONG and SANJU DONG

Dated: April 17, 2017        MISSION LAW FIRM, A.P.C.

By: /s/ Zachary M. Best
   Zachary M. Best
   Attorneys for Plaintiff
   ALBERT DYTCH

(30112.00001) #774325.2    Order re:        - 2 -
JOINT STIPULATION TO CONTINUE INSPECTION        CASE NO. 4:16-CV-05413

## ORDER

Pursuant to the Stipulation of the parties, and for good cause, the Court hereby continues the deadline to complete inspection of premises to June 12, 2017.

IT IS SO ORDERED.

Dated: April 18, 2017.

_____
HONORABLE WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT JUDGE